## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**ROBIN LEE WEEKS,**
       **Plaintiff,**

**v.**                                          **CASE NO.: 5:05cv100/LAC/MD**

**JAMES MCDONOUGH,**
       **Defendant.**
_____

## O R D E R

        Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 15, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), the Recommendation is adopted as the opinion of the Court.

        Accordingly, it is now ORDERED as follows:

        1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

        2.      The defendant's motion for summary judgment (doc. 20) is GRANTED and the clerk is instructed to enter judgment in favor of the defendant and close the file.

        DONE AND ORDERED this 18th day of September, 2006.


                                        s/L.A. Collier
                                        **LACEY A. COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**